UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRIS HEATH and NANCY HEATH,

    Plaintiffs,

v.                                Case No. 2:20-cv-914-JLB-NPM

NATIONAL SPECIALITY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]  (Doc. 14.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on April 7, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation was docketed as a joint motion to dismiss, but its content unmistakably reflects a stipulation under Rule 41.